# COUNT 2 VAUGHN INDEX (CIA)

## Katelyn Sack v. CIA et al

|  |  |
|---|---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 1 |
| | C05842667 |
| **Date of Document:** | 04/26/2010 |
| **Document Type:** | Memo |
| **Classification:** | Unclassified |
| **From/To:** | Office of Security/Directorate of Support Information Review Officers |
| **Subject:** | FOIA Tasking |
| **Document Pages:** | 1 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**

This document is a 1-page response to a records search request dated 04/26/2010 which contains the final results of a search conducted within the Office of Security/Information Review databases. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and internal pre-decisional discussions. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

# Katelyn Sack v. CIA et al

| | |
|---:|:---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 2 |
| **Date of Document:** | 04/23/2012 |
| **Document Type:** | Memo/Report |
| **Classification:** | Unclassified |
| **From/To:** | Public Information Program Division (PIPD)/Director's Area (DCI) |
| **Subject:** | FOIA Tasking |
| **Document Pages:** | 2 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 2-page records search request dated 04/23/2012 from the Public Information Program Division to the Director's Area search team for records regarding polygraph data and guidelines. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and internal pre-decisional discussions. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

**Case Number:** Civil Action 12-0244

# Katelyn Sack v. CIA et al

|  |  |
|---|---|
| FOIA/PA Request No.: | F-2011-01757 |
| Document Number: | 3 |
| Date of Document: | 04/23/2012 |
| Document Type: | Memo/Report |
| Classification: | Unclassified |
| From/To: | PIPD/DS |
| Subject: | FOIA Tasking |
| Document Pages: | 1 |

**FOIA Exemptions:**
☐ (b) (1)
☐ (b) (2)
☒ (b) (3)
☐ (b) (4)
☒ (b) (5)
☐ (b) (6)
☐ (b) (7) (a)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
◉ Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:**

This document is a 1-page response to a records search request dated 04/23/2012 from the Public Information Program Division to the Directorate of Support for records. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and internal pre-decisional discussions. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

# Katelyn Sack v. CIA et al

FOIA/PA Request No.:  F-2011-01757

Document Number:  4

Date of Document:  04/23/2012

Document Type:  Memo/Report

Classification:  Unclassified

From/To:  PIPD/DS

Subject:  FOIA tasking

Document Pages:  2

| FOIA Exemptions: | Privacy Act Exemptions: | Disposition: |
|---|---|---|
| ☐ (b) (1) | ☐ (d) (5) | ⊛ Denied in Full |
| ☐ (b) (2) | ☐ (j) (1) | ○ Partial Release |
| ☒ (b) (3) | ☐ (j) (2) | ○ Released in Full |
| ☐ (b) (4) | ☐ (k) (1) | ○ Referred to Third Agency |
| ☒ (b) (5) | ☐ (k) (2) | |
| ☐ (b) (6) | ☐ (k) (5) | |
| ☐ (b) (7) (a) | | |
| ☐ (b) (7) (c) | | |
| ☐ (b) (7) (d) | | |
| ☐ (b) (7) (e) | | |
| ☐ (b) (7) (f) | | |

**Document Description:**
This document is a 2-page response to a records search request dated 04/23/2012 from the Public Information Program Division to the Directorate of Support for records regarding polygraph data and guidelines. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and internal pre-decisional discussions. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

# Katelyn Sack v. CIA et al

| | |
|---|---|
| FOIA/PA Request No.: | F-2011-01757 |
| Document Number: | 5 |
| Date of Document: | 04/23/2012 |
| Document Type: | Memo/Report |
| Classification: | Unclassified |
| From/To: | PIPD/DS |
| Subject: | Search Request |
| Document Pages: | 1 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ◉ Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**

This document is a 1-page response to a records search request dated 04/23/2012 from the Public Information Program Division to the Directorate of Support for records. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and internal pre-decisional discussions. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

# Katelyn Sack v. CIA et al

| | |
|---|---|
| FOIA/PA Request No.: | F-2011-01757 |
| Document Number: | 6 |
| Date of Document: | 04/23/2012 |
| Document Type: | Memo/Report |
| Classification: | Unclassified |
| From/To: | PIPD/Director's Area (DCI) |
| Subject: | Search Request |
| Document Pages: | 2 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ◉ Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This document is a 2-page response to a records search request dated 04/23/2012 from the Public Information Program Division to the Director's Area search team for records regarding EEO rules and security clearances. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and internal pre-decisional discussions. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

# Katelyn Sack v. CIA et al

| | |
|---|---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 7 |
| **Date of Document:** | 02/24/2012 |
| **Document Type:** | Email |
| **Classification:** | Unclassified |
| **From/To:** | Assistant DS IRO/DS IRO Staff |
| **Subject:** | FOIA tasking |
| **Document Pages:** | 3 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**

This is a 3-page document containing a 1-page email dated 02/24/2011 and a 2-page attachment between the Assistant Information Review Officer for the Directorate of Support (DS) to a CIA staff employee on the DS staff. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and internal pre-decisional discussions. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

# Katelyn Sack v. CIA et al

| | |
|---|---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 8 |
| **Date of Document:** | UNDATED |
| **Document Type:** | Memo/Report |
| **Classification:** | Unclassified |
| **From/To:** | N/A |
| **Subject:** | Background FOIA request information |
| **Document Pages:** | 14 |

| FOIA Exemptions: | Privacy Act Exemptions: | Disposition: |
|---|---|---|
| ☐ (b) (1) | ☐ (d) (5) | ● Denied in Full |
| ☐ (b) (2) | ☐ (j) (1) | ○ Partial Release |
| ☒ (b) (3) | ☐ (j) (2) | ○ Released in Full |
| ☐ (b) (4) | ☐ (k) (1) | ○ Referred to Third Agency |
| ☒ (b) (5) | ☐ (k) (2) | |
| ☐ (b) (6) | ☐ (k) (5) | |
| ☐ (b) (7) (a) | | |
| ☐ (b) (7) (c) | | |
| ☐ (b) (7) (d) | | |
| ☐ (b) (7) (e) | | |
| ☐ (b) (7) (f) | | |

**Document Description:**
This is a 14-page undated report contains information regarding fees, the search results for the data mining that was used to conduct the searches, and the current dispositions of each of the responsive records. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and internal pre-decisional discussions. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

# Katelyn Sack v. CIA et al

| | |
|---|---|
| FOIA/PA Request No.: | F-2011-01757 |
| Document Number: | 9 |
| Date of Document: | 02/25/2011 |
| Document Type: | Email |
| Classification: | Unclassified |
| From/To: | CIA Employee/CIA Employee |
| Subject: | Email Regarding Search Guidance |
| Document Pages: | 4 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**

This is a 4-page document containing a 2-page email and a 2-page attachment dated 02/25/2011. The internal email chain providing guidance on which components to search in response to Katelyn Sack's FOIA request. The attachment contains routing information regarding the search, systems searched, search terms used, and previous releases. The document contains CIA internal organizational data including internal record-keeping details and serial numbers. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

# Katelyn Sack v. CIA et al

| | |
|---|---|
| FOIA/PA Request No.: | F-2011-01757 |
| Document Number: | 10 |
| Date of Document: | UNDATED |
| Document Type: | Memo/Report |
| Classification: | Unclassified |
| From/To: | N/A |
| Subject: | Report of Database Transactions |
| Document Pages: | 30 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**

This is a 30-page undated document containing a request history and various text mining data searches for records responsive to requests. The document contains CIA internal organizational data including internal record-keeping details and serial numbers. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

# Katelyn Sack v. CIA et al

| | |
|---|---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 11 |
| **Date of Document:** | 04/10/2012 |
| **Document Type:** | Memo/Report |
| **Classification:** | Unclassified |
| **From/To:** | Office of Security/DS IRO |
| **Subject:** | Memo Regarding FOIA Search |
| **Document Pages:** | 1 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 1-page document dated 04/10/2012 from the Office of Security to the Directorate of Support Information Review Office regarding a search that was conducted for certain polygraph data. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and preliminary search results. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

# Katelyn Sack v. CIA et al

| | |
|---|---|
| FOIA/PA Request No.: | F-2011-01757 |
| Document Number: | 12 |
| Date of Document: | 04/23/2012 |
| Document Type: | |
| Classification: | Unclassified |
| From/To: | PIPD/DS IRO |
| Subject: | Search Request |
| Document Pages: | 2 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ◉ Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**

This is a 2-page document dated 04/23/2012 from the Public Information Program Division (PIPD) to the Directorate of Support for records maintained by the security office regarding polygraph data. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and internal pre-decisional discussions.  It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3).  This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5):  This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released.  This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

# Katelyn Sack v. CIA et al

| | |
|---|---|
| FOIA/PA Request No.: | F-2011-01757 |
| Document Number: | 13 |
| Date of Document: | 04/23/2012 |
| Document Type: | Memo/Report |
| Classification: | Unclassified |
| From/To: | PIPD/DS |
| Subject: | Search Request |
| Document Pages: | 2 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ◉ Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 2-page records search request dated 04/23/2012 from the Public Information Program Division to the Directorate of Support for records regarding polygraph data and EEO guidelines. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and internal pre-decisional discussions. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

# Katelyn Sack v. CIA et al

| | |
|---|---|
| FOIA/PA Request No.: | F-2011-01757 |
| Document Number: | 14 |
| Date of Document: | 04/23/2012 |
| Document Type: | Memo/Report |
| Classification: | Unclassified |
| From/To: | PIPD/DS |
| Subject: | Search Request |
| Document Pages: | 2 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ◉ Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**

This is a 2-page records search request dated 04/23/2012 from the Public Information Program Division to Directorate of Support for records regarding polygraph data and EEO guidelines. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and internal pre-decisional discussions. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

**Case Number:** Civil Action 12-0244

# Katelyn Sack v. CIA et al

| | |
|---:|:---|
| FOIA/PA Request No.: | F-2011-01757 |
| Document Number: | 15 |
| Date of Document: | 02/25/2011 |
| Document Type: | |
| Classification: | Unclassified |
| From/To: | Assistant DS IRO/DS IRO Staff |
| Subject: | Guidance Regarding FOIA Request |
| Document Pages: | 3 |

| FOIA Exemptions: | Privacy Act Exemptions: | Disposition: |
|:---|:---|:---|
| ☐ (b) (1) | ☐ (d) (5) | ● Denied in Full |
| ☐ (b) (2) | ☐ (j) (1) | ○ Partial Release |
| ☒ (b) (3) | ☐ (j) (2) | ○ Released in Full |
| ☐ (b) (4) | ☐ (k) (1) | ○ Referred to Third Agency |
| ☒ (b) (5) | ☐ (k) (2) | |
| ☐ (b) (6) | ☐ (k) (5) | |
| ☐ (b) (7) (a) | | |
| ☐ (b) (7) (c) | | |
| ☐ (b) (7) (d) | | |
| ☐ (b) (7) (e) | | |
| ☐ (b) (7) (f) | | |

## Document Description:

This is a 3-page document containing a 1-page email dated 02/25/2011 and a 2-page attachment. The email is between the Assistant Information Review Officer for the Directorate of Support to a CIA staff employee on the Director's Area Information Review team and discusses the appropriate routing for specific items to be searched in response to FOIA request from Katelyn Sack. The attachment contains a chart of systems searched, search terms used, and previous releases in other cases. The document contains CIA internal organizational data including internal record-keeping details and serial numbers. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any

# Katelyn Sack v. CIA et al

| | |
|---:|:---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 16 |
| **Date of Document:** | 04/10/2012 |
| **Document Type:** | Memo/Report |
| **Classification:** | Unclassified |
| **From/To:** | Office of Security/DS IRO |
| **Subject:** | Search Request |
| **Document Pages:** | 1 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 1-page document dated 04/10/2012 from the Office of Security to the Directorate of Support Information Review Office regarding a search that was conducted about polygraph data. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and internal pre-decisional discussions.  It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3).  This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5):  This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released.  This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

**Case Number:** Civil Action 12-0244

# Katelyn Sack v. CIA et al

| | |
|---|---|
| FOIA/PA Request No.: | F-2011-01757 |
| Document Number: | 17 |
| | C05842689 |
| Date of Document: | UNDATED |
| Document Type: | |
| Classification: | Unclassified |
| From/To: | N/A |
| Subject: | Search and Request Report |
| Document Pages: | 6 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 6-page undated document containing a requester history as well as various text mining data searches regarding polygraphs and reports generated by the Inspector General's Office. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and internal pre-decisional discussions. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5). Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

# Katelyn Sack v. CIA et al

| | |
|---|---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 18 |
| **Date of Document:** | 04/10/2012 |
| **Document Type:** | Memo/Report |
| **Classification:** | Unclassified |
| **From/To:** | Office of Security/DS IRO |
| **Subject:** | Tasking Response Form Regarding Polygraph Data |
| **Document Pages:** | 1 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 1-page document dated 04/10/2012 from the Office of Security to the Directorate of Support Information Review Office regarding a search that was conducted about polygraph data. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and internal pre-decisional discussions. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

**Case Number:** Civil Action 12-0244

# Katelyn Sack v. CIA et al

| | |
|---|---|
| FOIA/PA Request No.: | F-2011-01757 |
| Document Number: | 19 |
| Date of Document: | 04/24/2012 |
| Document Type: | Memo/Report |
| Classification: | Unclassified |
| From/To: | PIPD/DS |
| Subject: | Original Tasking Form Regarding Polygraph Data |
| Document Pages: | 1 |

| FOIA Exemptions: | Privacy Act Exemptions: | Disposition: |
|---|---|---|
| ☐ (b) (1) | ☐ (d) (5) | ⦿ Denied in Full |
| ☐ (b) (2) | ☐ (j) (1) | ○ Partial Release |
| ☒ (b) (3) | ☐ (j) (2) | ○ Released in Full |
| ☐ (b) (4) | ☐ (k) (1) | ○ Referred to Third Agency |
| ☒ (b) (5) | ☐ (k) (2) | |
| ☐ (b) (6) | ☐ (k) (5) | |
| ☐ (b) (7) (a) | | |
| ☐ (b) (7) (c) | | |
| ☐ (b) (7) (d) | | |
| ☐ (b) (7) (e) | | |
| ☐ (b) (7) (f) | | |

**Document Description:**
This is a 1-page document dated 04/24/2012 from the Public Information Program Division to the Directorate of Support regarding a search that was conducted about polygraph data. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and internal pre-decisional discussions. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is withheld in part on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document is withheld in part on the basis of FOIA exemption (b)(5). This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

# Katelyn Sack v. CIA et al

| | |
|---|---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 20 |
| **Date of Document:** | 04/23/2012 |
| **Document Type:** | Memo/Report |
| **Classification:** | Unclassified |
| **From/To:** | PIPD/DCI |
| **Subject:** | Official Tasking Form Sent to Director's Area Search Team |
| **Document Pages:** | 2 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 2-page records search request dated 04/23/2012 from the Public Information Program Division to the Director's Area search team for records regarding polygraph data and guidelines. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and internal pre-decisional discussions.  It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3).  This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5):  This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released.  This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

**Case Number:** Civil Action 12-0244

# Katelyn Sack v. CIA et al

|  |  |
|---|---|
| FOIA/PA Request No.: | F-2011-01757 |
| Document Number: | 21 |
| Date of Document: | 07/25/2011 |
| Document Type: | Email |
| Classification: | Unclassified |
| From/To: | CIO Legal Advisor/CIA Staff Employee |
| Subject: | |
| Document Pages: | 5 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 5-page document containing a 2-page email dated 07/25/2011 and a 3-page attachment. The email is between a Chief Information Office legal advisor and a CIA staff employee and discusses legal guidance regarding Katelyn Sack's FOIA request. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and internal pre-decisional discussions. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

# Katelyn Sack v. CIA et al

|  |  |
|---|---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 22 |
| **Date of Document:** | 04/26/2010 |
| **Document Type:** | Memo/Report |
| **Classification:** | Unclassified |
| **From/To:** | Office of Security/DS IRO |
| **Subject:** | Response Memo to Official Tasking Sent to Office of Security |
| **Document Pages:** | 1 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This document is a 1-page response to a records search request dated 04/26/2010 which contains the final results of a search conducted within the Office of Security/Information Review databases. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and internal pre-decisional discussions. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

**Case Number:** Civil Action 12-0244

# Katelyn Sack v. CIA et al

| | |
|---|---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 23 |
| **Date of Document:** | 02/24/2011 |
| **Document Type:** | Memo/Report |
| **Classification:** | Unclassified |
| **From/To:** | N/A |
| **Subject:** | Report of Database Transactions from 01/01/1900 to 02/24/2011 |
| **Document Pages:** | 13 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 13-page document dated 02/24/2011 which contains a requester history and various text mining data searches regarding polygraphs. The document contains CIA internal organizational data including internal record-keeping details and serial numbers. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).  document Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3).  This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5):  This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released.  This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

# Katelyn Sack v. CIA et al

|  |  |
|---|---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 24 |
| **Date of Document:** | 04/23/2012 |
| **Document Type:** | Memo/Report |
| **Classification:** | Unclassified |
| **From/To:** | PIPD/DCI |
| **Subject:** | FOIA Tasking |
| **Document Pages:** | 1 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 1-page records search request dated 04/23/2012 from the Public Information Program Division to the Director's Area search team for records regarding polygraph data and guidelines. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and internal pre-decisional discussions.  It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5):  This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released.  This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

**Case Number:** Civil Action 12-0244

# Katelyn Sack v. CIA et al

| | |
|---|---|
| FOIA/PA Request No.: | F-2011-01757 |
| Document Number: | 25 |
| Date of Document: | 04/23/2012 |
| Document Type: | Memo/Report |
| Classification: | Unclassified |
| From/To: | PIPD/DS |
| Subject: | Official Internal Response to FOIA Tasking Regarding Polgraphs |
| Document Pages: | 1 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ⦿ Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This document is a 1-page response to a records search request dated 04/23/2012 from the Public Information Program Division to the Directorate of Support for records. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and internal pre-decisional discussions.  It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3).  This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5):  This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released.  This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

**Case Number:** Civil Action 12-0244

# Katelyn Sack v. CIA et al

| | |
|---|---|
| FOIA/PA Request No.: | F-2011-01757 |
| Document Number: | 26 |
| Date of Document: | 04/23/2012 |
| Document Type: | Memo/Report |
| Classification: | Unclassified |
| From/To: | PIPD/DS |
| Subject: | Official Internal Tasking Response Regarding Office of Security Files |
| Document Pages: | 2 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ◉ Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This document is a 2-page request for a records search dated 04/23/2012 from the Public Information Program Division to the Directorate of Support for records regarding polygraphs. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and internal pre-decisional discussions. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5). Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

**Case Number:** Civil Action 12-0244
**Judge's Initials:** EGS

# Katelyn Sack v. CIA et al

| | |
|---:|:---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 27 |
| **Date of Document:** | UNDATED |
| **Document Type:** | Memo/Report |
| **Classification:** | Unclassified |
| **From/To:** | N/A |
| **Subject:** | Requester History and Search Infomration |
| **Document Pages:** | 12 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ⬤ Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 12-page document dated 02/24/2011 which contains a requester history and various text mining data searches regarding polygraphs. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and preliminary search terms. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

**Case Number:** Civil Action 12-0244

# Katelyn Sack v. CIA et al

| | |
|---|---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 28 |
| **Date of Document:** | 04/10/2012 |
| **Document Type:** | Memo/Report |
| **Classification:** | Unclassified |
| **From/To:** | Office of Security/DS IRO |
| **Subject:** | Official Tasking Response Regarding EEO Law and Polygraph Policies |
| **Document Pages:** | 1 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This document is a 1-page response to a records search request dated 04/10/2012 which contains the final results of a search conducted within the Office of Security/Information Review databases. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and information regarding preliminary search results. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in full on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is denied in full on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful non-exempt information that can reasonably be segregated from any exempt information.

# Katelyn Sack v. CIA et al

| | |
|---|---|
| FOIA/PA Request No.: | F-2011-01757 |
| Document Number: | 29 |
| Date of Document: | 12/16/2009 |
| Document Type: | Letter |
| Classification: | Unclassified |
| From/To: | Information and Privacy Coordinator/Kathryn L. Sack |
| Subject: | Acknowledgment of Receipt of 12 November 2009 Letter |
| Document Pages: | 4 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ○ Denied in Full
- ● Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 4-page letter dated 12/16/2009 from the CIA's Information Privacy Coordinator to Kathryn Sack which acknowledges receipt of Kathryn's 11/12/2009 letter.  CIA redacted the internal dissemination control markings from the last page of the letter.  This document is currently and properly UNCLASSIFIED.

All redactions were made pursuant to FOIA exemption (b)(3).

Exemption (b)(3): This document contains internal organizational data and functions by the CIA that is specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

*The CIA conducted a line-by-line review of this document and determined that no additional reasonably segregable, nonexempt portions of the document can be released.

**Case Number:** Civil Action 12-0244
**Judge's Initials:** EGS

- 29 -

# Katelyn Sack v. CIA et al

| | |
|---|---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 30 |
| **Date of Document:** | 04/20/2010 |
| **Document Type:** | Email |
| **Classification:** | Unclassified |
| **From/To:** | Assistant Information Review Officer/Chief Information Office Staff Employee |
| **Subject:** | Routing of Specific Items Listed in Kathryn Sack's FOIA Request |
| **Document Pages:** | 7 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ○ Denied in Full
- ● Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 7-page document containing a 3-page email date 04/20/2010 and a 4-page attachment regarding the routing of specific items listed in Kathryn Sack's FOIA request. The attachment contains original language from Kathryn Sack's FOIA request (which was disclosed) as well as search comments generated by the person conducting the search (which were withheld). Additionally, CIA internal dissemination control markings have been redacted. This document is currently and properly UNCLASSIFIED.

This document is withheld in part on the basis of FOIA exemption (b)(3) and (b)(5).

Exemption (b)(3): This document is withheld in part on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document is withheld in part on the basis of FOIA exemption (b)(5). This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document and determined that no additional reasonably segregable, nonexempt portions of the document can be released.

# Katelyn Sack v. CIA et al

| | |
|---|---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 31 |
| **Date of Document:** | 03/04/2011 |
| **Document Type:** | Letter |
| **Classification:** | Unclassified |
| **From/To:** | Information and Privacy Coordinator/Katelyn Sack |
| **Subject:** | Official Acknowledgment of Katelyn Sack's 2/13/2011 FOIA Request |
| **Document Pages:** | 2 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ○ Denied in Full
- ● Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 2-page letter dated 03/04/2011 from the CIA's Information Privacy Coordinator to Katelyn Sack which acknowledges receipt of Kathryn's 02/13/2011 FOIA request. CIA redacted the internal dissemination control markings on the last page of the letter. The substantive portion of the document has been released. This document is currently and properly UNCLASSIFIED.

This document is withheld in part on the basis of FOIA exemption (b)(3).

Exemption (b)(3): This document contains internal organizational data and functions by the CIA that is specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

*The CIA conducted a line-by-line review of this document and determined that no additional reasonably segregable, nonexempt portions of the document can be released.

**Case Number:** Civil Action 12-0244
**Judge's Initials:** EGS

- 31 -

# Katelyn Sack v. CIA et al

| | |
|---|---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 32 |
| **Date of Document:** | 02/25/2011 |
| **Document Type:** | Email |
| **Classification:** | Unclassified |
| **From/To:** | Chief Privacy Act Branch/CIA Staff Employee |
| **Subject:** | Legal Guidance Requested Regarding Katelyn Sack's FOIA Request |
| **Document Pages:** | 3 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ○ Denied in Full
- ● Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 3-page document containing a 1-page email dated 02/25/2011 and a 2-page attachment. The email is between a Chief Information Office legal advisor and a CIA staff employee and discusses legal guidance regarding Katelyn Sack's FOIA request. The attachment discusses the scope and routing of plaintiff's request. The document contains CIA internal organizational data including internal record-keeping details and serial numbers. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in part on the basis of FOIA exemption (b)(3) and (b)(5).

Exemption (b)(3): This document is withheld in part on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document is withheld in part on the basis of FOIA exemption (b)(5). This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document and determined that no additional reasonably segregable, nonexempt portions of the document can be released.

**Case Number:** Civil Action 12-0244

# Katelyn Sack v. CIA et al

| | |
|---|---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 33 |
| **Date of Document:** | 10/27/2009 |
| **Document Type:** | Email |
| **Classification:** | Unclassified |
| **From/To:** | Information Review Officer for the Directorate of Support/CIA Staff Employee |
| **Subject:** | Proper Routing and Acceptance of Katelyn Sack's FOIA Request |
| **Document Pages:** | 5 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ○ Denied in Full
- ● Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 5-page document containing a 1-page email dated 10/27/2009 and a 4-page attachment. The email discusses the acceptance and proper routing of Katelyn Sack's FOIA request. The CIA redacted information discussing the scope and routing of plaintiff's request. The document contains CIA internal organizational data including internal record-keeping details and serial numbers. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in part on the basis of FOIA exemptions (b)(3) and (b)(5).

Exemption (b)(3): This document is withheld in part on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document is withheld in part on the basis of FOIA exemption (b)(5). This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document and determined that no additional reasonably segregable, nonexempt portions of the document can be released.

**Case Number:** Civil Action 12-0244

# Katelyn Sack v. CIA et al

| | |
|---|---|
| FOIA/PA Request No.: | F-2011-01757 |
| Document Number: | 34 |
| Date of Document: | 01/10/2011 |
| Document Type: | Email |
| Classification: | Unclassified |
| From/To: | Chief of FOIA Branch/CIA Staff Employee |
| Subject: | Proper Routing and Acceptance of Katelyn Sack's FOIA Request |
| Document Pages: | 5 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ○ Denied in Full
- ● Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 5-page document containing a 1-page email dated 01/10/2011 and a 4-page attachment. The email discusses the acceptance and proper routing of Katelyn Sack's FOIA request. The attachment discusses the scope and routing of plaintiff's request. The document contains CIA internal organizational data including internal record-keeping details and serial numbers. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in part on the basis of FOIA exemption (b)(3) and (b)(5).

Exemption (b)(3): This document is withheld in part on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document is withheld in part on the basis of FOIA exemption (b)(5). This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document and determined that no additional reasonably segregable, nonexempt portions of the document can be released.

**Case Number:** Civil Action 12-0244

# Katelyn Sack v. CIA et al

| | |
|---|---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 35 |
| **Date of Document:** | 03/04/2011 |
| **Document Type:** | Letter |
| **Classification:** | Unclassified |
| **From/To:** | Information and Privacy Coordinator/Katelyn Sack |
| **Subject:** | Official Acceptance of 02/13/2011 FOIA Request |
| **Document Pages:** | 2 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ○ Denied in Full
- ● Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 2-page letter dated 03/04/2011 from the CIA's Information Privacy Coordinator to Katelyn Sack which acknowledges receipt of Kathryn's 02/13/2011 FOIA request. The CIA redacted personal identifying information (e.g. name) and CIA internal dissemination control markings. The substantive portion of the document has been released. This document is currently and properly UNCLASSIFIED.

This document is withheld in part on the basis of FOIA exemption (b)(3).

Exemption (b)(3): This document contains internal organizational data and functions by the CIA that is specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

*The CIA conducted a line-by-line review of this document and determined that no additional reasonably segregable, nonexempt portions of the document can be released.

**Case Number:** Civil Action 12-0244
**Judge's Initials:** EGS

# Katelyn Sack v. CIA et al

| | |
|---|---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 36 |
| **Date of Document:** | UNDATED |
| **Document Type:** | Form |
| **Classification:** | Unclassified |
| **From/To:** | FOIA Office/NA |
| **Subject:** | FOIA Processing Checklist for Third Party U.S. Citizen Requests |
| **Document Pages:** | 22 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ○ Denied in Full
- ● Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 22-page document containing a 1-page FOIA Branch form, various emails, and screen shots of text mining searches that were conducted in response to Katelyn Sack's FOIA request. The document contains original language from Kathryn Sack's FOIA request (which was released) as well as search comments generated by the person conducting the search (which were withheld). The document contains CIA internal organizational data including internal record-keeping details and serial numbers. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in part on the basis of FOIA exemption (b)(3) and (b)(5).

Exemption (b)(3): This document is withheld in part on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document is withheld in part on the basis of FOIA exemption (b)(5). This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document and determined that no additional reasonably segregable, nonexempt portions of the document can be released.

# Katelyn Sack v. CIA et al

| | |
|---|---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 37 |
| **Date of Document:** | 03/07/2012 |
| **Document Type:** | |
| **Classification:** | Unclassified |
| **From/To:** | Chief of the Litigation Support Unit/Litigation Division Attorney |
| **Subject:** | History of Cases Opened in Response to Katelyn Sack's Various FOIA Requests |
| **Document Pages:** | 21 |

**FOIA Exemptions:**
- ☐ **(b) (1)**
- ☐ **(b) (2)**
- ☒ **(b) (3)**
- ☐ **(b) (4)**
- ☒ **(b) (5)**
- ☐ **(b) (6)**
- ☐ **(b) (7) (a)**
- ☐ **(b) (7) (c)**
- ☐ **(b) (7) (d)**
- ☐ **(b) (7) (e)**
- ☐ **(b) (7) (f)**

**Privacy Act Exemptions:**
- ☐ **(d) (5)**
- ☐ **(j) (1)**
- ☐ **(j) (2)**
- ☐ **(k) (1)**
- ☐ **(k) (2)**
- ☐ **(k) (5)**

**Disposition:**
- ○ Denied in Full
- ● Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 21-page document dated 03/07/2010 which contains an email outlining the history of Katelyn Sack's various FOIA requests and legal advice provided by the Office of General Counsel to IMS in connection with the instant FOIA action. The document contains CIA internal organizational data including internal record-keeping details and serial numbers and contain internal pre-decisional discussions related to this case. The confidentiality of this document was maintained. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in part on the basis of FOIA exemption (b)(3) and (b)(5).

Exemption (b)(3): This document is withheld in part on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document is withheld in part on the basis of FOIA exemption (b)(5). This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5). This document also contains attorney-client privileged information.

*The CIA conducted a line-by-line review of this document and determined that no additional reasonably segregable, nonexempt portions of the document can be released.

# Katelyn Sack v. CIA et al

|  |  |
|---|---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 38 |
| **Date of Document:** | 11/04/2009 |
| **Document Type:** | Letter |
| **Classification:** | Unclassified |
| **From/To:** | Information and Privacy Coordinator/Kathryn L. Sack |
| **Subject:** | Acknowledgment of Receipt of 09/28/2009 FOIA Request by Kathryn Sack |
| **Document Pages:** | 4 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ○ Denied in Full
- ● Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 4-page letter dated 11/04/2009 from the CIA's Information Privacy Coordinator to Katelyn Sack which acknowledges receipt of Kathryn's 09/28/2009 FOIA request. Personal identifying information (e.g. name) and CIA internal dissemination control markings on the last page have been redacted.  This document is currently and properly UNCLASSIFIED.

This document is withheld in part on the basis of FOIA exemption (b)(3).

Exemption (b)(3): This document contains internal organizational data and functions by the CIA that is specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

*The CIA conducted a line-by-line review of this document and determined that no additional reasonably segregable, nonexempt portions of the document can be released.

**Case Number:** Civil Action 12-0244
**Judge's Initials:** EGS

# Katelyn Sack v. CIA et al

| | |
|---|---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 39 |
| **Date of Document:** | 02/24/2011 |
| **Document Type:** | |
| **Classification:** | Unclassified |
| **From/To:** | Assistant Information Review Officer for Directorate of Support/CIA Staff Employee |
| **Subject:** | Proper Routing and Acceptance of Katelyn Sack's FOIA Request |
| **Document Pages:** | 3 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ○ Denied in Full
- ● Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 3-page document containing a 1-page email dated 02/24/20111 and a 2-page attachment. The email discusses the acceptance and proper routing of Katelyn Sack's FOIA request. The attachment contains original language from Kathryn Sack's FOIA request (which was released) as well as search comments generated by the person conducting the search (which were withheld). The document contains CIA internal organizational data including internal record-keeping details and serial numbers. It is currently and properly marked as UNCLASSIFIED.

This document is withheld in part on the basis of FOIA exemption (b)(3) and (b)(5).

Exemption (b)(3): This document is withheld in part on the basis of FOIA exemption (b)(3). This document contains CIA internal organizational data, functions, routing, and employee names that are specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5): This document is withheld in part on the basis of FOIA exemption (b)(5). This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document and determined that no additional reasonably segregable, nonexempt portions of the document can be released.

# Katelyn Sack v. CIA et al

| | |
|---|---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 40 |
| **Date of Document:** | 03/17/2011 |
| **Document Type:** | Letter |
| **Classification:** | Unclassified |
| **From/To:** | Information and Privacy Coordinator/Katelyn Sack |
| **Subject:** | Official Acknowledgment of Receipt of 02/13/2011 FOIA Request by Katelyn Sack |
| **Document Pages:** | 3 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ○ Denied in Full
- ● Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 3-page letter dated 03/17/2011 from the CIA's Information Privacy Coordinator to Katelyn Sack which acknowledges receipt of her 02/13/2011 FOIA request. Personal identifying information (e.g. name) and CIA internal dissemination control markings have been redacted. This document is currently and properly UNCLASSIFIED.

This document is withheld in part on the basis of FOIA exemption (b)(3).

Exemption (b)(3): This document contains internal organizational data and functions by the CIA that is specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

*The CIA conducted a line-by-line review of this document and determined that no additional reasonably segregable, nonexempt portions of the document can be released.

**Case Number:** Civil Action 12-0244
**Judge's Initials:** EGS

# Katelyn Sack v. CIA et al

| | |
|---|---|
| FOIA/PA Request No.: | F-2011-01757 |
| Document Number: | 41 |
| Date of Document: | 08/11/2011 |
| Document Type: | Letter |
| Classification: | Unclassified |
| From/To: | Information and Privacy Coordinator/Katelyn Sack |
| Subject: | Final Response to 07/05/2011 FOIA Request by Katelyn Sack |
| Document Pages: | 2 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ○ Denied in Full
- ● Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 2-page final response letter dated 08/11/2011 from the CIA's Information Privacy Coordinator to Katelyn Sack which explains that Katelyn Sack's 07/05/2011 FOIA request is unduly burdensome in its current form due to breadth and lack of specificity. Personal identifying information (e.g. name) and CIA internal dissemination control markings have been redacted. This document is currently and properly UNCLASSIFIED.

This document is withheld in part on the basis of FOIA exemption (b)(3).

Exemption (b)(3): This document contains internal organizational data and functions by the CIA that is specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

*The CIA conducted a line-by-line review of this document and determined that no additional reasonably segregable, nonexempt portions of the document can be released.

**Case Number:** Civil Action 12-0244
**Judge's Initials:** EGS

# Katelyn Sack v. CIA et al

| | |
|---|---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 42 |
| **Date of Document:** | 01/31/2011 |
| **Document Type:** | Letter |
| **Classification:** | Unclassified |
| **From/To:** | Information Privacy Coordinator/Kathryn L. Sack |
| **Subject:** | Official Acknowledgment of Receipt of Updated FOIA Request by Kathryn Sack |
| **Document Pages:** | 3 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ○ Denied in Full
- ● Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 3-page letter dated 01/31/2011 from the CIA's Information Privacy Coordinator to Katelyn Sack which acknowledges receipt of her updated FOIA request from December 2010. Personal identifying information (e.g. name) and CIA internal dissemination control markings have been redacted. The substantive portion of the document has been released. This document is currently and properly UNCLASSIFIED.

This document is withheld in part on the basis of FOIA exemption (b)(3).

Exemption (b)(3): This document contains internal organizational data and functions by the CIA that is specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

*The CIA conducted a line-by-line review of this document and determined that no additional reasonably segregable, nonexempt portions of the document can be released.

**Case Number:** Civil Action 12-0244
**Judge's Initials:** EGS

- 42 -

# Katelyn Sack v. CIA et al

| | |
|---|---|
| **FOIA/PA Request No.:** | F-2011-01757 |
| **Document Number:** | 43 |
| **Date of Document:** | 12/27/2010 |
| **Document Type:** | Email |
| **Classification:** | Unclassified |
| **From/To:** | Assistant Information Review Officer for the Directorate of Support/CIA Staff Emplc |
| **Subject:** | Recommendations on Proper Routing and Acceptance of Katelyn Sack's Various F Requests |
| **Document Pages:** | 14 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (a)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ○ Denied in Full
- ● Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**
This is a 14-page document dated 12/27/2010 containing a 2-page email and a 12-page attachment. The email is between the Assistant Information Review Officer for the Directorate of Support and a CIA staff employee discussing proper routing and acceptance of Kathryn Sack's various FOIA requests. The attachment contains Kathryn Sack's multiple FOIA requests and their own attachments. Personal identifying information (e.g. name) and CIA internal dissemination control markings have been withheld. The substantive portion of the document has been released. This document is currently and properly UNCLASSIFIED.

This document is withheld in part on the basis of FOIA exemptions (b)(3) and (b)(5)..

Exemption (b)(3): This document contains internal organizational data and functions by the CIA that is specifically exempted from disclosure pursuant to the Central Intelligence Agency Act of 1949, and thus is protected from disclosure by exemption (b)(3).

Exemption (b)(5):  This document is withheld in part on the basis of FOIA exemption (b)(5). This document contains information relating to intra-agency predecisional deliberations, including preliminary evaluations, opinions, and recommendations of CIA officers, and thus is protected from disclosure by Exemption (b)(5).

*The CIA conducted a line-by-line review of this document and determined that no additional reasonably segregable, nonexempt portions of the document can be released.