# DIA VAUGHN INDEX FOR ALL DIA COUNTS & DoD OIG REFERRAL

**Katelyn Sack (Kel McClanahan / Nat. Sec. Counselors 12-cv-00244 VAUGHN INDEX TO THE DECLARATION OF ALESIA Y. WILLIAMS**

| Document # / Page # | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| V-21<br><br>79 pages<br><br>2nd Release | NATIONAL CENTER FOR CREDIBILITY ASSESSMENT, ALTERNATIVE CREDIBILITY ASSESSMENT | N/A | NCCA | Unclassified | **Document Description** – Document is 79-slide PowerPoint presentation/brief<br><br>**Partial Release – Exemptions (b)(3), (b)(6) and (b)(7)(E):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA employee identity, photographs and thermal images. DIA also withheld information that if released, would reveal DIA functions. **Statute 50 U.S.C. 403-1(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence sources and methods.<br><br>**Exemption (b)(6):** Information is withheld under this section to protect the privacy of  DIA employees and other  government agency employees.  Release of this information and these images would constitute an unwarranted invasion of personal privacy.<br><br>**Exemption (b)(7)(E):** is cited to prevent release of information that would disclose investigative techniques and procedures and to protect the methods of polygraph screening used within the intelligence community. |
| V-26<br><br>10 pages<br><br>2nd Release | POLYGRAPH PROGRAM MANAGEMENT<br><br>07 September 2011 | 09/07/11 | NCCA | Unclassified | **Document Description** – Document is 10-slide PowerPoint presentation/brief<br><br>**Partial Release – Exemptions (b)(3) and (b)(6):**<br><br>**Exemption (b)(3):** was used in conjunction with 10 U.S.C. 424 to withhold DIA employee identity and photographs of the interior of DIA facilities. **10 U.S.C. 424** also used to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.<br><br>**Exemption (b)(6):** Information is withheld under this section to protect the privacy of  DIA employees and other  government agency employees.  Release of this information and these images would constitute an unwarranted invasion of personal privacy. |

| Document # / Page # | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| V-27<br><br>21 pages<br><br>2nd Release | MANAGING CONVERSATION IN THE CI SCREENING ENVIRONMENT POLYGRAPH MANAGER COURSE | N/A | NCCA | Unclassified | **Document Description** – Document is 21-slide PowerPoint presentation/brief. **Two pages are withheld in full.**<br><br>**Partial Release – Exemptions (b)(3) (b)(6) and (b)(7)(E):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA employee names. **10 U.S.C. 424** also used to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure and DIA functions.<br><br>**Exemption (b)(6):** Information is withheld under this section to protect the privacy of DIA employees and other government agency employees. Release of this information would constitute an unwarranted invasion of personal privacy. The name of a former DIA employee who has been previously published has been released.<br><br>**Exemption (b)(7)(E):** Cited to prevent release of information that would disclose investigative techniques and procedures. The denied in full pages are to protect the methods of polygraph screening used within the intelligence and law enforcement communities and to protect information in a study which has not been released and is not publically available because of the sources and methods involved. |

| Document # / Page # | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| V-28<br><br>62 pages<br><br>2nd Release | UNDERSTANDING CREDIBILITY ASSESSMENT RESEARCH<br><br>Sep 3, 2010 | 09/03/10 | NCCA | Unclassified | **Document Description** – Document is 62-slide PowerPoint presentation/brief. **Four pages are withheld in full.**<br><br>**Partial Release – Exemptions (b)(3) (b)(6) and (b)(7)(E):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA the identities and point of contact information of a DIA employees.<br><br>**Exemption (b)(6):** Information is withheld under this section to protect the privacy of DIA employees. Release of this information would constitute an unwarranted invasion of personal privacy.<br><br>**Exemption (b)(7)(E):** Cited to prevent release of information that would disclose investigative techniques and procedures. The withheld in full pages are to protect the methods of polygraph screening used within the intelligence community. |
| V-29<br><br>62 pages<br><br>2nd Release | UNDERSTANDING CREDIBILITY ASSESSMENT RESEARCH<br><br>Sep 7, 2011 | 09/07/11 | NCCA | Unclassified | **Document Description** – Document is 62-slide PowerPoint presentation/brief. **Four pages are withheld in full.**<br><br>**Partial Release – Exemptions (b)(3) (b)(6) and (b)(7)(E):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA the identities and point of contact information of a DIA employee.<br><br>**Exemption (b)(6):** Information is withheld under this section to protect the privacy of DIA employees. Release of this information would constitute an unwarranted invasion of personal privacy.<br><br>**Exemption (b)(7)(E):** Cited to prevent release of information that would disclose investigative techniques and procedures. The withheld in full pages are to protect the methods of polygraph screening used within the intelligence community. |

| Document # / Page # | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| V-30<br><br>23 pages<br><br>2nd Release | NATIONAL CENTER FOR CREDIBILITY ASSESSMENT, CONTINUING EDUCATION PDD 505 | N/A | NCCA | Unclassified | **Document Description** – Document is 23-slide PowerPoint presentation/brief. **Page 3 and 20-22 are withheld in full.**<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with statute **10 U.S.C. 424** and **50 U.S.C. 403-1(i)** to protect sensitive information on the population of federal polygraph examiners throughout government agencies; how polygraph examiners are trained and the locations where the training occurs. |
| V-31<br><br>42 pages<br><br>2nd Release | NATIONAL CENTER FOR CREDIBILITY ASSESSMENT, DEFINING THE EXAMINER | 09/07/11 | NCCA | Unclassified | **Document Description** – Document is 42-slide PowerPoint presentation/brief.<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold the identity of a DIA employee. Release of this information would constitute an unwarranted invasion of personal privacy. |
| V-33<br><br>16 pages<br><br>2nd Release | ISSUES IN DECEPTION DETECTION RESEARCH<br>Sep 3, 2010 | 09/03/10 | NCCA | Unclassified | **Document Description** – Document is 16-slide PowerPoint presentation/brief.<br><br>**Partial Release – Exemptions (b)(3) and (b)(6):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA the identities and point of contact information of a DIA employee.<br><br>**Exemption (b)(6):** Information is withheld under this section to protect the privacy of  DIA employees. Release of this information would constitute an unwarranted invasion of personal privacy. |

| Document # / Page # | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| V-34<br><br>16 pages<br><br>2nd Release | ISSUES IN DECEPTION DETECTION RESEARCH<br>Sep 7, 2011 | 09/07/10 | NCCA | Unclassified | **Document Description** – Document is 16-slide PowerPoint presentation/brief.<br><br>**Partial Release – Exemptions (b)(3) and (b)(6):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA the identities and point of contact information of a DIA employee.<br><br>**Exemption (b)(6):** Information is withheld under this section to protect the privacy of  DIA employees. Release of this information would constitute an unwarranted invasion of personal privacy. |
| V-35<br><br>54 pages<br><br>2nd Release | POLYGRAPH 101<br><br>06 September 2011 | 09/06/11 | NCCA | Unclassified | **Document Description** – Document is 54-slide PowerPoint presentation/brief.<br><br>**Partial Release – Exemptions (b)(3) and (b)(6):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA the identities and point of contact information of a DIA employee  not publically released.<br><br>**Exemption (b)(6):** Information is withheld under this section to protect the privacy of  DIA employees. Release of this information would constitute an unwarranted invasion of personal privacy. |
| V-36 | PDD MGRS COURSE QUALITY CONTROL 97 | N/A | NCCA | N/A | **Document Description –** This 1997 document was created using an old version of PowerPoint.  NCCA on longer has the hard copy.  Technical support personnel from NCCA and other DIA offices tried to retrieve the document but were unable.  The file is probably corrupt and irretrievable**.** |
| V-38<br><br>22 pages<br><br>2nd Release | NCCA STUDENT MATRICULATION<br><br>07 September 2011 | 09/07/11 | NCCA | Unclassified | **Document Description** – Document is 22-slide PowerPoint presentation/brief.<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure. |

| Document # / Page # | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| V-40<br><br>2 pages<br><br>2nd Release | 0135-2011 FOIA REQUEST<br><br>December 23, 2010 10:39am | 12/23/10 | DIA | Unclassified | **Document Description** – Document is a printed copy of the email FOIA request from Katelyn Sack.<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold the identity of a DIA employee not publically released |
| V-45<br><br>2 pages<br><br>2nd Release | 0069-2010 STATUS MEMO OCT 14, 2010 | 10/14/10 | DIA | Unclassified | **Document Description** – Document is a 2-page email FOIA request from Katelyn Sack.<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold the identity of a DIA employee not publically released. |
| V-46<br><br>6 pages<br><br>2nd Release | NOV 21, 2010 EMAIL REQUEST 10:33 AM #1 | 11/21/10 | DIA | Unclassified | **Document Description** – Document is a 6 page email from Katelyn Sack to the DIA FOIA office<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold the identity of a DIA employee not publically released |
| V-47<br><br>3 pages<br><br>2nd Release | NOV 21, 2010 EMAIL REQUEST 3:00PM #2<br><br>November 21, 2010 3:00pm | 11/21/10 | DIA | Unclassified | **Document Description** – Document is a 3 page email from Katelyn Sack to the DIA FOIA office<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold the identity of a DIA employee not publically released |

| Document # / Page # | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| V-48<br><br>2 pages<br><br>2nd Release | NOV 21, 2010 EMAIL REQUEST 3:41 PM #3 AM #1<br><br>November 21, 2010 3:41pm | 11/21/10 | DIA | Unclassified | **Document Description** – Document is a 2 page email from Katelyn Sack to the DIA FOIA office<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold the identity of a DIA employee not publically released |
| V-49<br><br>2 pages<br><br>2nd Release | NOV 21, 2010 EMAIL REQUEST 3:56 PM #4<br><br>November 21, 2010 3:56pm | 11/21/10 | DIA | Unclassified | **Document Description** – Document is a 2 page email from Katelyn Sack to the DIA FOIA office<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold the identity of a DIA employee not publically released |
| V-50<br><br>3 pages<br><br>2nd Release | 0192-2011 FOIA REQUEST<br><br>February 14, 2011 9:06am | 02/14/11 | DIA | Unclassified | **Document Description** – Document is a 3 page email from Katelyn Sack to the DIA FOIA office<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold the identity of a DIA employee not publically released |
| V-52<br><br>1 page<br><br>2nd Release | 0192-2011 FOIA SEARCH EMAIL 22 MAR 2011 02:47 PM | 03/22/11 | DIA | Unclassified | **Document Description** – Document is a 1 page internal DIA email<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold the identity and POC information of DIA employees not publically released and DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure. |

| Document # / Page # | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| V-53<br><br>1 page<br><br>2nd Release | 0192-2011 FOIA SEARCH EMAIL 24 AUG 11 11:53 AM | 08/24/11 | DIA | Unclassified | **Document Description** – Document is a 1 page internal DIA email<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold the identity and POC information of DIA employees not publically released and DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure. |
| V-54<br><br>2 pages<br><br>2nd Release | 0192-2011 FOIA SEARCH EMAIL 24 AUG 11 2:50 PM | 08/24/11 | DIA | Unclassified | **Document Description** – Document is a 2-page internal DIA email chain<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold the identity and POC information of DIA employees not publically released and DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure. |
| V-55<br><br>2 pages<br><br>2nd Release | 0193-2011 – 02-14-22 FOIA REQUEST | 02/14/11 | DIA | Unclassified | **Document Description** – Document is a 2-page internal DIA email chain<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold the identity and POC information of a DIA employee not publically released. |
| V-57<br><br>1 page<br><br>2nd Release | 0193-2011 FOIA SEARDH EMAIL 22 MAR 11 2:50 PM | 08/24/11 | DIA | Unclassified | **Document Description** – Document is a 1-page internal DIA email<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold the identity and POC information of DIA employees not publically released and DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure. |

| Document # / Page # | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| V-58<br><br>1 page<br><br>2nd Release | 0193-2011 FW FOIA SEARCH 24 AUG 11 11:50 AM | 08/24/11 | DIA | Unclassified | **Document Description** – Document is a 1-page internal DIA email<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold the identity and POC information of DIA employees not publically released and DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure. |
| V-59<br><br>2 pages<br><br>2nd Release | 0193-2011 FW FOIA SEARCH EMAIL 24 AUG 11 2:40 PM | 08/24/11 | DIA | Unclassified | **Document Description** – Document is a 2-page internal DIA email chain<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold the identity and POC information of DIA employees not publically released and DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure. |
| V-60<br><br>3 pages<br><br>2nd Release | 0194-2011 – 02-24-11 FOIA REQUEST | 08/24/11 | DIA | Unclassified | **Document Description** – Document is a 3-page internal DIA email<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold the identity and POC information of DIA employees not publically released. |
| V-62<br><br>3 pages<br><br>2nd Release | 0194-2011 DIA TASK SUMMARY 11-02543 | 04/28/11 | DIA | Unclassified | **Document Description** – Document is a 3-page DIA internal task summary<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold the identity and POC information of DIA employees not publically released. |

| Document # / Page # | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| V-63<br><br>1 page<br><br>2nd Release | 0194-2011 FOIA SEARCH EMAIL 22 MAR 11 2:52 PM | 03/24/11 | DIA | Unclassified | **Document Description** – Document is a 1-page internal DIA email<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold the identity and POC information of DIA employees not publically released and DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure. |
| V-64<br><br>2 pages<br><br>2nd Release | 0194-2011 FOIA SEARCH EMAIL 23 MAR 11 8:54 AM | 03/24/11 | DIA | Unclassified | **Document Description** – Document is a 2-page internal DIA email chain<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold the identity and POC information of DIA employees not publically released and DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure. |
| V-65<br><br>2 pages<br><br>2nd Release | 0194-2011 – U-0196-11 EO – RESPONSE TO TASKER #11-02543 (EO) | 04/21/11 | DIA | Unclassified | **Document Description** – Document is a 1 page memo and a FAX coversheet.<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold the identity and POC information of DIA employees not publically released and DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure. |
| V-66<br><br>2 pages<br><br>2nd Release | 0194-2011 RE FOIA REQUEST FROM PHD STUDENT FOR POLICIES RELATING TO CREDIBILITY | 03/23/11 | DIA | Unclassified | **Document Description** – Document is a 2 page internal DIA email.<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold the identity and POC information of DIA employees not publically released and DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure. |

| Document # / Page # | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| V-67<br><br>1 page<br><br>2nd Release | 0194-2011 FOIA CASE PROCESSING CHECKLIST | N/A | DIA | Unclassified | **Document Description** – Document is a 1 page internal DIA administrative process tool<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold the identity and POC information of DIA employees not publically released and DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure. |
| V-69<br><br>1 page<br><br>2nd Release | List of IG Investigations Related to Polygraphs | N/A | DIA | Unclassified | **Document Description** – Document is a 1 page list of IG cases<br><br>**Partial Release – Exemption (b)(3):**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure. |

| Document # / Page # | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| V-70<br><br>30 pages<br><br>2nd Release | A MENTAL COUNTERMEASURE AND THE NUMBERS TEST (CM-2) | 07/30/96 | DIA | SECRET | **Document Description** – Document Research Study by Dr. Gordon H. Barland.  This document is not publicly available.<br><br>**Denied in Full – Exemptions (b)(1), (b)(3) and (b)(7)(E):**<br><br>**Exemption (b)(1):** This information is properly classified under **Section 1.4(c)** of Executive Order 13526.  Information was withheld under this section because release of this information would reveal an intelligence sources and methods and would therefore compromise the effectiveness of the intelligence community.  **Section 1.4(e)** of Executive Order 13526 cited to protect scientific findings, detection algorithms and other data that if released would expose countermeasures to polygraphs and compromise the effectiveness polygraph screening used within the intelligence community and law enforcement.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA information, the release of which would reveal DIA functions.  Statute **50 U.S.C. 403-1(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence sources and methods.<br><br>**Exemption (b)(7)(E):** Cited to prevent release of information that would disclose investigative techniques and procedures as well as expose countermeasures to polygraphs and compromise the effectiveness polygraph screening used within the intelligence community and law enforcement. |

| Document # / Page # | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| V-71<br><br>13 pages<br><br>2nd Release | TWO COUNTERMEASURES AND THE NUMBERS TEST (CM-1) | | DIA | SECRET | **Document Description** – Document Research Study by Dr. Gordon H. Barland.  This document is not publicly available.<br><br>**Denied in Full – Exemptions (b)(1), (b)(3) and (b)(7)(E):**<br><br>**Exemption (b)(1):** This information is properly classified under **Section 1.4(c)** of Executive Order 13526.  Information was withheld under this section because release of this information would reveal an intelligence sources and methods and would therefore compromise the effectiveness of the intelligence community.  **Section 1.4(e)** of Executive Order 13526 cited to protect scientific findings, detection algorithms and other data that if released would expose countermeasures to polygraphs and compromise the effectiveness polygraph screening used within the intelligence community and law enforcement.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA information, the release of which would reveal DIA functions.  Statute **50 U.S.C. 403-1(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence sources and methods.<br><br>**Exemption (b)(7)(E):** Cited to prevent release of information that would disclose investigative techniques and procedures as well as expose countermeasures to polygraphs and compromise the effectiveness polygraph screening used within the intelligence community and law enforcement. |

| Document # / Page # | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| V-DoDIG 1<br><br>Bates # DoD OIG – 000001 – 000180 (illegable) | Report No. 05-INTEL-18<br><br>Review of the Actions Taken to Deter, Detect and Investigate the Espionage Activities of Ana Belen Montes (U)<br><br>(DoD OIG 06 Dec 12 referral) | 06/16/05 | DoD OIG | TOP SECRET | **Document Description –** A 180-page Investigation Report<br><br>**Partial Release – Exemptions (b)(1), (b)(3), (b)(5), (b)(6) and (b)(7)(E):**<br><br>**Exemption: (b)(1)**  The document contains information which is properly classified and which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4 (c).**  Additionally the document contains information which is properly classified and which, if publicly released, would reveal vulnerabilities of intelligence computer systems and compromise mission effectiveness of the intelligence community.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections and **1.4(g)**<br><br>**Exemption (b)(3):** Asserted in conjunction with **10 U.S.C. Section 424** DIA withheld the names, job titles, pay grade and point of contact information of DIA employee and a limited amount of information about the organization structure of DIA and how it accomplishes its mission.  DIA also asserted **50 U.S.C. Section 403-1(i)** to withhold information that would reveal sources and methods of intelligence collection.<br><br>**Exemption (b)(5):** Information was withheld under this section to protect the deliberative process.  The document contains internal communication providing assessments, advice and recommends. Release of this information would impair the deliberative process privilege.<br><br>**Exemption (b)(6):** Exemption 6 was used to withhold portions of this document to protect personal information of DIA employees and employees of other government agencies.  This included the names of persons involved in the investigation and individuals whose personal information was merely intermingled with the investigation.<br><br>**Exemption (b)(7)(E):** Asserted to prevent the disclosure of investigative techniques and procedures and potential law enforcement sensitive information. The release of this information could facilitate circumvention of the law. |

| Document # / Page # | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| V-DoDIG 2<br><br>Bates # DoD OIG 000429 – 000438<br><br>(DoD OIG 30 Jan 13 referral) | QUALITY ASSURANCE PROGRAM INSPECTION REPORT – APRIL 23-25, 2002 | 05/03/02 | DoD Defense Academy for Credibility Assessment (DoD DACA) | FOUO | **Document Description –** A one-page cover letter and a nine-page Quality Assurance Program (QAP) inspection report related to the NCCA inspection of DIA's polygraph program. These inspections were conducted at the invitation of the agency's leadership element to provide recommendations for improving the agency's polygraph program overall.<br><br>**Withheld in Full – Exemptions (b)(3), (b)(6) and (b)(7)(E):**<br><br>**Exemption (b)(3):** Asserted in conjunction with **10 U.S.C. Section 424** to withhold DIA employee names and point of contact information.  DIA contends that these redactions were necessary to protect the overall mission of DIA.<br><br>**Exemption (b)(6):** Information was withheld under this section to protect the names and point of contact information for non-DIA employees. The (b)(6) withholdings are all names of personnel who work for the an agency within the Intelligence Community. Release of their names and point of contact information could lead to unwanted contact and harassment. It would also have been appropriate to withhold law enforcement officers' names within this report pursuant to **Exemption (b)(7)(C)**.<br><br>**Exemption (b)(7)(E):** Exemption (b)(7(E) was asserted to protect the details concerning the use of polygraph technology to test the credibility of employees. DIA's credibility assessment officials believe that disclosure of this particular information could diminish the effectiveness of the polygraph examination as an investigative tool by allowing the general public to discern when agencies are likely to utilize this tool.  The release of this information could facilitate circumvention of the law. |

| Document # / Page # | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| V-DoDIG 3<br><br>Bates #<br>DoD OIG<br>000439 –<br>000442 | REVIEW OF DIA CI/SECURITY PRACTICES RELATED TO MONTED ESPIONAGE<br><br>(DoD OIG 30 Jan 13 referral) | 04/14/04 | DoDIP | FOUO | **Document Description –** A four page Memorandum for the Record covering a meeting to obtain overview of DoDIP oversight and training responsibilities for federal government polygraph examiners.<br><br>**Release in Part – Exemptions (b)(3), (b)(6) and (b)(7)(E):**<br><br>**Exemption (b)(3):** Asserted in conjunction with **10 U.S.C. Section 424** to withhold DIA employee names and point of contact information.  DIA contends that these redactions were necessary to protect the overall mission of DIA.<br><br>**Exemption (b)(6):** Information was withheld under this section to protect the names and point of contact information for non-DIA employees. The (b)(6) withholdings are all names of personnel who work for the an agency within the Intelligence Community. Release of their names and point of contact information could lead to unwanted contact and harassment.<br><br>**Exemption (b)(7)(E):** Asserted to prevent the disclosure of investigative techniques and procedures and potential law enforcement sensitive information. The release of this information could facilitate circumvention of the law. |

| Document # / Page # | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| V-DoDIG 4<br><br>Bates #<br>DoD OIG 000443 – 000444 | DIA – AGENT REPORT 10-31491<br><br>(DoD OIG 30 Jan 13 referral) | 03/24/94 | DIA | FOUO | **Document Description –** A two page DIA Agent Report. These pages are identical except page one has a hand-written note embedded.<br><br>**Release in Part – Exemptions (b)(3), (b)(6) and (b)(7)(E):**<br><br>**Exemption (b)(3):** Asserted in conjunction with **10 U.S.C. Section 424** to withhold DIA employee names and point of contact information.  DIA contends that these redactions were necessary to protect the overall mission of DIA.<br><br>**Exemption (b)(6):** Information was withheld under this section to protect the names and point of contact information for non-DIA employees. The (b)(6) withholdings are all names of personnel who work for the an agency within the Intelligence Community. Release of their names and point of contact information could lead to unwanted contact and harassment.<br><br>**Exemption (b)(7)(E):** Asserted to prevent the disclosure of investigative techniques and procedures and potential law enforcement sensitive information. The release of this information could facilitate circumvention of the law. |

| Document # / Page # | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| V-DoDIG 5<br><br>Bates # DoD OIG 000445 – 000447 | FBI CASE – 65J-WF-220371-NIC AND 65J-WF-220371-POLY – 12-21-2001<br><br>(DoD OIG 30 Jan 13 referral) | 12/21/00 | FBI | SECRET | **Document Description –** (3 pages) A two page FBI Report with a one page email attachment.<br><br>**Release in Part – Exemptions (b)(1), (b)(3) and (b)(6):**<br><br>**Exemption: (b)(1)**  The document contains information which is properly classified and which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4 (c).**<br><br>**Exemption (b)(3):** Asserted in conjunction with **10 U.S.C. Section 424** to withhold DIA employee names, job titles, and point of contact information.  DIA office names/symbols and similar information were withheld, the release of which would reveal DIA's organizational structure. DIA contends that these redactions were necessary to protect the overall mission of DIA.<br><br>**Exemption (b)(6):** Information was withheld under this section to protect the names and point of contact information for non-DIA employees. The (b)(6) withholdings are all names of personnel who work for the an agency within the Intelligence Community. Release of their names and point of contact information could lead to unwanted contact and harassment. |

| Document # / Page # | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| V-DoDIG 6<br><br>Bates #<br>DoD OIG 000448 – 000452 | FBI CASE – 65J-WF-220371-POLY – 03-05-2001<br><br>(DoD OIG 30 Jan 13 referral) | 03/05/01 | FBI | SECRET | **Document Description –** (5 pages) A one page FBI Report with a two-page memorandum and a two-page email chain attached.<br><br>**Release in Part – Exemptions (b)(1), (b)(3), (b)(6) and (b)(7)(E):**<br><br>**Exemption: (b)(1)** The document contains information which is properly classified and which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4 (c).**<br><br>**Exemption (b)(3):** Asserted in conjunction with **10 U.S.C. Section 424** to withhold DIA employee names, job titles, and point of contact information. DIA office names/symbols and similar information were withheld, the release of which would reveal DIA's organizational structure. DIA contends that these redactions were necessary to protect the overall mission of DIA.<br><br>**Exemption (b)(6):** Information was withheld under this section to protect the names and point of contact information for non-DIA employees. The (b)(6) withholdings are all names of personnel who work for the an agency within the Intelligence Community. Release of their names and point of contact information could lead to unwanted contact and harassment.<br><br>**Exemption (b)(7)(E):** Asserted to prevent the disclosure of investigative techniques and procedures and potential law enforcement sensitive information. The release of this information could facilitate circumvention of the law. |

| Document # / Page # | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| V-DoDIG 7<br><br>Bates #<br>DoD OIG<br>000453 –<br>000457 | FBI CASE – 65J-WF-220371-NIC – 03-08-2001<br><br>(DoD OIG 30 Jan 13 referral) | 03/08/01 | FBI | SECRET / NOFORN | **Document Description –** (5 pages) A one page FBI Report with a one-page memorandum and a three-page email chain attached.<br><br>**Release in Part – Exemptions (b)(1), (b)(3), (b)(6) and (b)(7)(E):**<br><br>**Exemption: (b)(1)**  The document contains information which is properly classified and which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4 (c).**<br><br>**Exemption (b)(3):** Asserted in conjunction with **10 U.S.C. Section 424** to withhold DIA employee names, job titles, and point of contact information.  DIA office names/symbols and similar information were withheld, the release of which would reveal DIA's organizational structure. DIA contends that these redactions were necessary to protect the overall mission of DIA.<br><br>**Exemption (b)(6):** Information was withheld under this section to protect the names and point of contact information for non-DIA employees. The (b)(6) withholdings are all names of personnel who work for the an agency within the Intelligence Community. Release of their names and point of contact information could lead to unwanted contact and harassment.<br><br>**Exemption (b)(7)(E):** Asserted to prevent the disclosure of investigative techniques and procedures and potential law enforcement sensitive information. The release of this information could facilitate circumvention of the law. |

| Document # / Page # | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| V-DoDIG 8<br><br>Bates #<br>DoD OIG<br>000458 – 000468 | FBI CASE – 65J-WF-220371-POLY – 12-14-2000<br><br>(DoD OIG 30 Jan 13 referral) | 12/14/00 | FBI | SECRET | **Document Description –** (11 pages) A two page FBI Report with a nine-page Statement of Consent to Polygraph Examination form attached.<br><br>**Release in Part – Exemptions (b)(1), (b)(3), (b)(6) and (b)(7)(E):**<br>**Pages DoD OIG 000462 and 000464 are withheld in full.**<br><br>**Exemption: (b)(1)**  The document contains information which is properly classified and which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4 (c).**<br><br>**Exemption (b)(3):** Asserted in conjunction with **10 U.S.C. Section 424** to withhold DIA employee names, job titles, and point of contact information.  DIA office names/symbols and similar information were withheld, the release of which would reveal DIA's organizational structure. DIA contends that these redactions were necessary to protect the overall mission of DIA.<br><br>**Exemption (b)(6):** Information was withheld under this section to protect the names and point of contact information for non-DIA employees. The (b)(6) withholdings are all names of personnel who work for the an agency within the Intelligence Community. Release of their names and point of contact information could lead to unwanted contact and harassment.<br><br>**Exemption (b)(7)(E):** Asserted to prevent the disclosure of investigative techniques and procedures and potential law enforcement sensitive information. The release of this information could facilitate circumvention of the law. |

| Document # / Page # | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| V-DoDIG 9<br><br>Bates # DoD OIG 000478 – 000479 | FBI CASE – 65J-WF-220371-POLY – 12-07-2000<br><br>(DoD OIG 28 Feb 13 referral) | 12/07/00 | FBI | SECRET | **Document Description –** A two page FBI Report with a one page email concerning a delay in polygraph examination and subject's assignment.<br><br>**Release in Part – Exemption (b)(1):**<br><br>**Exemption: (b)(1)**  The document contains information which is properly classified and which, if publicly released, would reveal intelligence methods and compromise the intelligence mission effectiveness of the intelligence community.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4 (c).** |
| V-DoDIG 10<br><br>Bates # DoD OIG 000881-000889 | DoD HOTLINE ACTION CASE REFERRAL – 102546<br><br>(DoD OIG 05 Feb 13 referral) | 02/15/07 | DIA | SECRET/ NOFORN | **Document Description –** (9 pages) A two page DoD Hotline Action Case Referral and seven page DIA response.<br><br>**Release in Part – Exemptions (b)(1), (b)(3), (b)(7)(C) and (b)(7)(E):**<br><br>**Exemption: (b)(1)**  The document contains information which is properly classified and which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4 (c).**<br><br>**Exemption (b)(3):** Asserted in conjunction with **10 U.S.C. Section 424** to withhold DIA employee names and point of contact information.  DIA contends that these redactions were necessary to protect the overall mission of DIA.<br><br>**Exemption (b)(7)(C)**. Exemption (b)(7)(C) was asserted to protect the identities of law enforcement officials.  DIA concluded the privacy interests of these law enforcement officials outweighed any potential public interest in the disclosure.<br><br>**Exemption (b)(7)(E):** Exemption 7(E) was asserted to protect the details concerning the use of polygraph technology to test the credibility of employees.  DIA's credibility assessment officials believe that disclosure of this particular information could diminish the effectiveness of the polygraph examination as an investigative tool by allowing the general public to discern when agencies are likely to utilize this tool. |