UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATELYN SACK, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   Civil Action No. 1:12-cv-00244 (EGS) |
| CENTRAL INTELLIGENCE AGENCY, | * |
| *et al.*, | * |
| | * |
| Defendants. | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**SETTLEMENT FOR COSTS AND ATTORNEYS' FEES**

Plaintiff Katelyn Sack and Defendants Central Intelligence Agency ("CIA"), Department of Defense ("DOD"), and Department of Justice ("DOJ"), through their undersigned counsel, enter into this Settlement for Costs and Attorneys' Fees for the sole purpose of satisfying Plaintiff's attorneys' fees, expenses, and costs generated heretofore in connection with the above-referenced litigation.

The parties agree as follows:

1.   Defendants will pay to Plaintiff the amount of $3,250.00 to cover attorneys' fees, expenses, and costs of all counsel.  This figure is inclusive of any interest.  Defendants shall make payment to Plaintiff as soon as reasonably practicable.

2.   Contingent upon receipt of payment pursuant to Paragraph 1 above, Plaintiff hereby agrees that no further claim for attorneys' fees, expenses, or costs in connection with this litigation will be brought against Defendants unless any finding of the Court is reversed upon appeal by the D.C. Circuit.  In the instance that Plaintiff prevails in an appeal to the D.C. Circuit, Plaintiff reserves the right to include work done on any matters in which she substantially

prevailed (not including matters in which she has already prevailed) in any future claim for attorneys' fees.

3. In making this payment, no party is making an admission of liability or fault to any other party, and this Agreement shall not be construed as an admission of liability or fault. This Settlement of Costs and Attorneys' Fees will not be used in any manner to establish liability for fees, amounts, or hourly rates, in any other case or proceeding.

4. The below-signed counsel are authorized to enter into this Agreement on behalf of their respective clients.

Date:   March 2, 2015

Respectfully submitted,

| | |
|---|---|
| ___/s/_____ <br> KELLY B. MCCLANAHAN <br> D.C. Bar # 984704 <br> National Security Counselors <br> 1200 S. Courthouse Rd. <br> Suite 124 <br> Arlington, VA  22204 <br> Phone: (301) 728-5908 <br> Fax: (240) 681-2189 <br> Email: kel@nationalsecuritylaw.org <br><br> *Counsel for Plaintiff* | RONALD C. MACHEN JR. <br> United States Attorney for the District of Columbia <br> D.C. Bar # 447889 <br><br> DANIEL F. VAN HORN <br> Chief, Civil Division <br> D.C. Bar # 924092 <br><br> ___/s/_____ <br> PETER C. PFAFFENROTH <br> Assistant United States Attorney <br> D.C. Bar # 496637 <br> 555 Fourth St., N.W. <br> Washington, D.C.  20530 <br> Phone: (202) 252-2513 <br> Fax: (202) 252-2599 <br> Email: peter.pfaffenroth@usdoj.gov <br><br> *Counsel for Defendants* |